# EXHIBIT B

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, CHANCERY DIVISION

| | | |
|---|---|---|
| DENISE DAICHENDT and ADA "JUNE" ODELL, individually, and on behalf of all others similarly situated, | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 2022CH04890 |
| | ) | |
| CVS PHARMACY, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## NOTICE OF FILING NOTICE OF REMOVAL

**PLEASE TAKE NOTICE THAT** on **June 24, 2022**, Defendant CVS Pharmacy, Inc. ("CVS") filed a Notice of Removal, pursuant to 28 U.S.C. §§ 1441, 1446, 1332(d), and 1453(b), removing the above-captioned action from the Circuit Court of Cook County, Illinois to the United States District Court for the Northern District of Illinois, Eastern Division. A true and correct copy of the Notice of Removal (without exhibits) is attached hereto as Exhibit 1.

**PLEASE TAKE FURTHER NOTICE THAT**, upon the filing of the Notice of Removal with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, and filing copies thereof with the Clerk of the Circuit Court of Cook County, Illinois, CVS has effected removal, and the Circuit Court shall proceed no further in this action unless and until the case is remanded pursuant to 28 U.S.C. § 1446(d).

Dated:  June 24, 2022

Respectfully submitted,

CVS PHARMACY, INC.

By: */s/ Matthew C. Wolfe*

Matthew C. Wolfe
SHOOK, HARDY & BACON L.L.P.
111 South Wacker Drive, Suite 4700
Chicago, IL 60606
Tel:  (312) 704-7700
Fax:  (312) 558-1195
Firm No. 58950
mwolfe@shb.com

***Attorney for Defendant CVS Pharmacy, Inc.***

## <u>CERTIFICATE OF SERVICE</u>

I, Matthew C. Wolfe, an attorney, hereby certify that on **June 24, 2022**, I caused a true

and correct copy of **NOTICE OF FILING NOTICE OF REMOVAL** to be served by

electronic mail on counsel of record in *Daichendt, et al. v. CVS Pharmacy, Inc.*, Case

No. 2022CH04890, in the Circuit Court of Cook County, addressed as follows:

> Gary M. Klinger (*gklinger@milberg.com*)
> **MILBERG COLEMAN BRYSON PHILLIPS**
> **GROSSMAN PLLC**
> 227 West Monroe Street, Suite 2100
> Chicago, IL  60606
> (866) 252-0878
>
> Andrei V. Rado (*arado@milberg.com*)
> Blake Hunter Yagman (*byagman@milberg.com*)
> **MILBERG COLEMAN BRYSON PHILLIPS**
> **GROSSMAN PLLC**
> 100 Garden City Plaza, Suite 500
> Garden City, NY  11530
> (212) 594-5300
>
> Matthew Lee (*mlee@milberg.com*)
> Erin Ruben (*eruben@milberg.com*)
> **MILBERG COLEMAN BRYSON PHILLIPS**
> **GROSSMAN PLLC**
> 900 West Morgan Street
> Raleigh, NC  27605
> (919) 600-5000
>
> Jonathan B. Cohen (*jcohen@milberg.com*)
> **MILBERG COLEMAN BRYSON PHILLIPS**
> **GROSSMAN PLLC**
> 800 South Gay Street, Suite 1100
> Knoxville, TN  37929
> (865) 247-0080
>
> *Attorneys for Plaintiff*

        /s/ Matthew C. Wolfe