IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DENISE DAICHENDT and ADA "JUNE" ODELL, *individually, and on behalf of all others similarly situated*, | )<br>)<br>)<br>) No. 1:22-cv-03318 |
| Plaintiffs, | )<br>) Hon. Robert W. Gettleman |
| v. | )<br>) Magistrate Judge Hon. Heather K. McShain |
| CVS PHARMACY, INC., | )<br>) |
| Defendant. | ) |

**STIPULATION OF VOLUNTARY DISMISSAL
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

The parties by and through their counsel of record hereby stipulate that the individual claims of Plaintiff Denise Daichendt in the above-captioned case are voluntarily dismissed, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The dismissal without prejudice only applies to named plaintiff Denise Daichendt and she remains a putative class member. The dismissal without prejudice shall not affect the claims of any other putative class members in this action as no class has been certified. Each party shall bear her or its own fees and costs.

Dated: September 11, 2023

Respectfully Submitted,

*/s/ Gary M. Klinger*
Gary M. Klinger
Alexander E. Wolf
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606
Telephone: (866) 252-0878
gklinger@milberg.com
awolf@milberg.com

*Attorneys for Plaintiffs*

1

/s/ Matthew C. Wolfe
Matthew C. Wolfe
Justin R. Donoho
Andrew L. Franklin
**SHOOK, HARDY & BACON L.L.P.**
111 South Wacker Drive, Suite 4700
Chicago, IL  60606
(312) 704-7700
mwolfe@shb.com
jdonoho@shb.com
afranklin@shb.com

***Attorneys for Defendant***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 11, 2023, the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

Dated: September 11, 2023	Respectfully Submitted,

*/s/ Gary M. Klinger*
Gary M. Klinger
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606
Telephone: (866) 252-0878
gklinger@milberg.com