# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Denise Daichendt, et al.

                              Plaintiff,

v.                                                Case No.: 1:22–cv–03318
                                                  Honorable Sunil R. Harjani

CVS Pharmacy, Inc.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 10, 2025:

      MINUTE entry before the Honorable Sunil R. Harjani: Upon review of the docket and the 8/7/2025 settlement conference before Magistrate Judge McShain, status hearing previously set for 7/17/2025 is stricken. Tracking status set for 8/14/2025 at 9:15 a.m. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.