**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Denise Daichendt, et al.
                          Plaintiff,

v.                                                Case No.: 1:22−cv−03318
                                                   Honorable Sunil R. Harjani

CVS Pharmacy, Inc.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 24, 2025:

      MINUTE entry before the Honorable Heather K. McShain: The Court has reviewed the parties' settlement proposals and needs to speak with counsel in advance of the settlement conference. An off−the−record telephone conference is set for 07/30/2025 at 9:00 a.m. To participate, the dial−in number is 650−479−3207, access code 1808 98 4405#. Press # to bypass the Attendee ID number. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.